IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.  No. 2:19-CR-074-D

ASSMIR CONTRERAS-MARTINEZ

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

### Count One
### Conspiracy to Distribute and Possess with Intent to Distribute 400 Grams or More of Fentanyl
### (Violation of 21 U.S.C. § 846)

Beginning on or about a date unknown to the grand jury and continuing until on or about May 11, 2019, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Assmir Contreras-Martinez**, defendant, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

All in violation of Title 21, United States Code, Section 846.

Count Two
Possession with Intent to Distribute
400 Grams or More of Fentanyl
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi))

On or about May 11, 2019, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Assmir Contreras-Martinez**, defendant, did knowingly and intentionally possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:  806-324-2356
Facsimile:  806-324-2399
E-Mail:  anna.bell@usdoj.gov

**Assmir Contreras-Martinez**
Indictment - Page 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

ASSMIR CONTRERAS-MARTINEZ (01)

## INDICTMENT

| | |
|---|---|
| COUNT 1: | CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 400 GRAMS OR MORE OF FENTANYL<br>Title 21, United States Code, Section 846. |
| COUNT 2: | POSSESSION WITH INTENT TO DISTRIBUTE 400 GRAMS OR MORE OF FENTANYL<br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi). |

(2 COUNTS)

A true bill rendered:

Amarillo _____*Benjamin T. Weinheim*_____ Foreperson

Filed in open court this __25th__ day of __July__ A.D. 2019.

_____ Clerk

DEFENDANT IN CUSTODY
(Complaint filed 5/13/19 – 2:19-MJ-91)

_____*Lee Ann Reno*_____
UNITED STATES MAGISTRATE JUDGE